PEOPLE ex rel. DAY v. BUCHANAN et al. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Proceeding by the people of the state of New York, on the relation of Julius A. Day, against Orville M. Buchanan and others, composing town board, etc. No opinion. Motion for leave to discontinue granted, upon payment of $15 costs, together with disbursements to be taxed.

PEOPLE ex rel. HOLT, Appellant, v. KEARNEY, Respondent. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Proceeding by the people of the state of New York, on the relation of Henry C. Holt, against Henry S. Kearney, commissioner. J. M. Mayer, for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. JONES v. DIEHL et al. (Supreme Court, Appellate Division, Fourth Department. September 25, 1900.) Proceeding by the people of the state of New York, on the relation of George T. Jones, against Conrad Diehl and others. No opinion. Motion denied, with $10 costs. All concur, except LAUGHLIN, J., who dissents. See 65 N. Y. Supp. 801.

PEOPLE ex rel. KENEHAN, Appellant, v. SCANNELL, Respondent. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Proceeding by the people of the state of New York, on the relation of James F. Kenehan, against John J. Scannell, commissioner, etc. L. J. Grant, for appellant. Terence Farley, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. LEMEGELLI, Appellant, v. SAVARESE, Respondent. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Proceeding by the people of the state of New York, on the relation of Frank Lemegelli, against Mary Savarese. J. Delahunty, for appellant. A. S. Rosenthal, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. MILLER v. ELMENDORF, Mayor. (Supreme Court, Appellate Division, Third Department. September 11, 1900.) Proceeding by the people of the state of New York, on the relation of Hiram H. Miller, against William C. Elmendorf, as mayor of the city of Ithaca. No opinion. Motion for reargument granted. See 65 N. Y. Supp. 1143, 64 N. Y. Supp. 775, and 59 N. Y. Supp. 115.

PEOPLE ex rel. MORE, Appellant, v. LANE et al., Board of Review, Respondents. (Supreme Court, Appellate Division, Second Department. October 26, 1900.) Proceeding by the people of the state of New York, on the relation of C. C. More, against Charles E. Lane and others, constituting the board of review of assessments of the city of Poughkeepsie. No opinion. Order affirmed on argument, with $10 costs and disbursements.

PEOPLE ex rel. NATIONAL SURETY CO., Appellant, v. FEITNER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Application by the people of the state of New York, on the relation of the National Surety Company, for a writ of certiorari directed to Thomas L. Feitner and others, as commissioners of taxes and assessments of the city of New York. From an order dismissing the writ, relator appeals. Affirmed. W. B. Hornblower, for appellant. J. M. Ward, for respondents.

O'BRIEN, J. The order should be affirmed, on opinion of special term (65 N. Y. Supp. 523), with costs. All concur except McLAUGHLIN, J., who dissents.

PEOPLE ex rel. O'BRIEN, Respondent, v. KEATING, Appellant. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Proceeding by the people of the state of New York, on the relation of John P. O'Brien, against James P. Keating. Terence Farley, for appellant. Henry H. Pierce, for respondent. No opinion. Reargument ordered.

PEOPLE ex rel. REID v. CONNELL et al., Board of Audit. (Supreme Court, Appellate Division, Second Department. October 26, 1900.) Proceeding by the people of the state of New York, on the relation of John R. Reid, against William H. Connell and others, together constituting the board of audit for the town of Hempstead. No opinion. Proceeding dismissed, without costs, on the authority of People v. Board of Town Auditors, 49 App. Div. 4, 63 N. Y. Supp. 114.